No. 5333.  RAMBEAU v. RUNDLE, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 5336.  PHILLIPS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 5337.  FORD v. PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 5340.  HURST v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 5343.  OBSTEIN v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 5347.  GLAZEWSKI v. NEW JERSEY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 5348.  BROBERG v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 5350.  RAYBORN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 5352.  CARTER v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.  Reported below: —— Tenn. App. ——, —— S. W. 2d ——.

No. 5355.  DIXON v. NELSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 5356.  SAVAGE v. WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 5359.  CONNOLLY v. MASSACHUSETTS; and
No. 5436.  COTE v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 5362.  DANCY v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.